

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00006-CR

| | | |
|---|---|---|
| DEQUAVIOUS EUGENE SANDERSON, Appellant | § | On Appeal from the 89th District Court |
| | § | of Wichita County (DC89-CR2019-0319) |
| | § | February 20, 2020 |
| V. | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM